UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Commodity Futures Trading Commission,    :

                Plaintiff,    :

                      :

v.    :

Bayou Management LLC, Samuel Israel    :
III, Daniel Marino, and Richmond-Fairfield
Associates CPA PLLC,    :

           Defendants.    :

**05 CIV. 8374**

Case No. _____

MOTION TO ADMIT COUNSEL PRO
HAC VICE

Upon the annexed affidavit of movant in support of this motion and the Certificate of

Good Standing annexed thereto, the movant moves this Court, pursuant to Rule 1.3(c) of the

Local Rules of the United States District Courts for the Southern and Eastern Districts of New

York for an Order allowing the admission of movant, an employee of the Plaintiff, Commodity

Futures Trading Commission, and a member in good standing of the Bar of the State of

Maryland as attorney pro hac vice to argue or try this case in whole or in part as counsel.  There

are no pending disciplinary proceedings against me in any State or Federal court.

Dated: _9/29/05_

Joseph Rosenberg (JR 5225)
Local Counsel
Commodity Futures Trading Commission
140 Broadway
New York, New York  10005
646-746-9765

Respectfully submitted,

Eugene Smith (ES 2817)
US Commodity Futures Trading
Commission
Division Of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
esmithl@cftc.gov
(202) 418-5571

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | : | |
| | : | Case No. _____ |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Bayou Management LLC, Samuel Israel III | : | AFFIDAVIT OF EUGENE SMITH IN |
| Daniel Marino, and Richmond-Fairfield | : | SUPPORT OF MOTION TO ADMIT |
| Associates CPA PLLC | : | COUNSEL PRO HAC VICE |
| Defendants. | : | |
| | : | |
| | : | |

District of Columbia  ) ss: 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

EUGENE SMITH, being duly sworn, hereby deposes and says as follows:

1.      I am an employee of the Plaintiff, Commodity Futures Trading Commission.

2.      I submit this affidavit in support of my motion for admission to practice pro hac vice in

the above captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto I am a member in good

standing of the Bar of the State of Maryland.

4.      There are no pending disciplinary proceedings against me in any State or Federal court.

5.      Wherefore your affiant respectfully submits that he be permitted to appear as counsel

and advocate pro hac vice in this one case.

Dated: _9/29/05_

Eugene Smith (ES 2817)
US Commodity Futures Trading
Commission
Division Of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
esmith@cftc.gov
(202) 418-5371

Subscribed and sworn to before me this _29_ day of September, 2005.

Name:
Title:   Notary Public
My Commission Expires:  _3/30/07_

EVA ALEXANDER
Notary Public - State of New York
NO. 01AL4800335
Qualified in Westchester County
My Commission Expires 3/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | : | |
| | : | Case No. _____ |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **ADMISSION TO PRACTICE** |
| Bayou Management LLC, Samuel Israel | : | **PRO HAC VICE** |
| III, Daniel Marino, and Richmond-Fairfield | : | |
| Associates CPA PLLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Eugene Smith is permitted to argue or try this particular case in whole or in part as counsel or advocate.

The $25.00 attorney admission fee shall be waived because Eugene Smith is an employee of and representing the Plaintiff, a United States government agency.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: September ___, 2005

_____
United States District Judge

cc:  pro hac vice Attorney
     Court File

# Court of Appeals
# of Maryland

### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the* __21st__ *day of* _____June_____ *, 2000 ,*

**EUGENE SMITH**

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this* __8th__ *day of* _____September_____ *, 2005.*

*Alexander L. Cummings*

*Clerk of the Court of Appeals of Maryland*