UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Commodity Futures Trading Commission,

                Plaintiff,

v.

Bayou Management LLC, Samuel Israel III
Daniel Marino, and Richmond Fairfield
Associates Certified Public Accountants
PLLC,

                Defendants.

05 CIV. 8374

Case No. _____

MOTION TO ADMIT COUNSEL PRO HAC VICE

---

Upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, the movant moves this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, an employee of the Plaintiff, Commodity Futures Trading Commission, and a member in good standing of the Bar of the State of Florida, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: September 29, 2005

Joseph Rosenberg (JR 5225)
Local Counsel
Commodity Futures Trading Commission
140 Broadway
New York, New York 10005
646-746-9765

Respectfully submitted,

*Christine M. Ryall*
Christine M. Ryall (CR 6041)
US Commodity Futures Trading Commission
Division Of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
cryall@cftc.gov
(202) 418-5318

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Commodity Futures Trading Commission, | |
| Plaintiff, | Case No. _____ |
| v. | |
| Bayou Management LLC, Samuel Israel III Daniel Marino, and Richmond Fairfield Associates Certified Public Accountants PLLC, | AFFIDAVIT OF CHRISTINE M. RYALL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |
| Defendants. | |

District of Columbia ) ss: 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

CHRISTINE M. RYALL, being duly sworn, hereby deposes and says as follows:

1. I am an employee of the Plaintiff, Commodity Futures Trading Commission.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that she be permitted to appear as

counsel and advocate pro hac vice in this one case.

Dated: September 29, 2005

*Christine M. Ryall*
Christine M. Ryall (CR 6041)
US Commodity Futures Trading Commission
Division Of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
cryall@cftc.gov
(202) 418-5318

Subscribed and sworn to before me this 29 day of September, 2005.

*Eva Alexander*
Name:
Title:   Notary Public
My Commission Expires: 3/30/07

> EVA ALEXANDER
> Notary Public - State of New York
> NO. 01AL4800335
> Qualified in Westchester County
> My Commission Expires 3/30/07



# The Florida Bar

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLABAR.ORG

State of Florida    )

County of Leon      )

In Re: 983550
Christine Mary Ryall
CFTC - Enforcement
1155 21st St. N.W.
Washington, DC

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 24, 1993.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 6th day of September, 2005.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/dst/R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Commodity Futures Trading Commission, | |
| Plaintiff, | Case No. _____ |
| v. | |
| Bayou Management LLC, Richmond-Fairfield Associates CPA PLLC, Samuel Israel III and Daniel Marino, | ADMISSION TO PRACTICE PRO HAC VICE |
| Defendants. | |

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Christine M. Ryall is permitted to argue or try this particular case in whole or in part as counsel or advocate.

The $25.00 attorney admission fee shall be waived because Christine M. Ryall is an employee of and representing the Plaintiff, a United States government agency.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: September ___, 2005

_____
United States District Judge

cc: pro hac vice Attorney
    Court File