UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Commodity Futures Trading Commission,

        Plaintiff,

v.

Bayou Management LLC, Samuel Israel III, Daniel Marino, and Richmond-Fairfield Associates CPA PLLC,

        Defendants.

---

Case No. 05 CV 8374

ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Eugene Smith is permitted to argue or try this particular case in whole or in part as counsel or advocate.

The $25.00 attorney admission fee shall be waived because Eugene Smith is an employee of and representing the Plaintiff, a United States government agency.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: September ___, 2005   10/4/05

                                                _____
                                                United States District Judge

cc: pro hac vice Attorney
     Court File

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____