UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Commodity Futures Trading Commission, | Case No. 05 CV 8374 |
| Plaintiff, | |
| v. | ADMISSION TO PRACTICE |
| Bayou Management LLC, Richmond-Fairfield Associates CPA PLLC, Samuel Israel III and Daniel Marino, | PRO HAC VICE |
| Defendants. | |

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Christine M. Ryall is permitted to argue or try this particular case in whole or in part as counsel or advocate.

The $25.00 attorney admission fee shall be waived because Christine M. Ryall is an employee of and representing the Plaintiff, a United States government agency.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: September 10/4/05, 2005

_____
United States District Judge

cc: pro hac vice Attorney
    Court File

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____