# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

COMMODITY FUTURES TRADING
COMMISSION

SUMMONS IN A CIVIL CASE

V.

BAYOU MANAGEMENT LLC, SAMUEL ISRAEL III, DANIEL E. MARINO AND RICHMOND FAIRFIELD ASSOCIATES, CERTIFIED PUBLIC ACCOUNTANTS PLLC

CASE NUMBER:

**Judge McMahon**

**05 CIV. 8374**

TO: (Name and address of defendant)

Richmond Fairfield Associates, Certified Public Accountants PLLC
C/O Daniel Marino, Managing Member
C/O Andrew Bowman, Esq.
1804 Post Road East, Westport, CT 06880

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christine M. Ryall, Esq.
U.S. Commodity Futures Trading Commission
1155 21st Street NW
Washington, DC 20581

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON,    Clerk

SEP 2 9 2005

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10-19-05 |
| NAME OF SERVER (PRINT) Christine M. Ryall | TITLE Counsel for CFTC |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Per agreement of defendant Daniel E Manno, managing member of defendant Richmond Fairfield Associates CPA PLLC, that Manno's counsel Andrew Bowman is able to accept service on his behalf, service made via FedEx on October 19, 2005

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-26-05
Date

Signature of Server: Christine M Ryall

1155 21st St - NW, Wash., DC 20581
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.