# MORVILLO, ABRAMOWITZ, GRAND, IASON & SILBERBERG, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR

COUNSEL
CHRISTOPHER J. MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D.C.
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C. SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.magislaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9440

BARBARA L. BALTER
CHRISTOPHER A. BOTSMAN*
KATHRYN JONES CALONE
HALEY B. FABRICANT
BENJAMIN S. FISCHER
ADAM C FORD
NOAH D GENEL
RENÉE L. JARUSINSKY
STEPHEN M. JURIS
THOMAS M KEANE
PHILIP LEE
ELLEN M MURPHY
DAVID W. OAKLAND
MICHAEL H. PINE
ANDREW J. SCHELL
JAMES R. STOVALL
RICHARD C. TARLOWE
AMY M TULLY
KEFIRA R WILDERMAN

*ADMITTED ONLY IN ENGLAND
WALES & AUSTRALIA

November 21, 2005



MEMO ENDORSED

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street, Rm. 533
White Plains, New York 10601-4150

Re: *Commodity Futures Trading Commission v. Samuel Israel III*, 05 Civ. 8374 (CM); *Securities and Exchange Commission v. Samuel Israel III*, 05 Civ. 8376 (CM)

Dear Judge McMahon:

    We are attorneys for defendant Samuel Israel III in the above-referenced, related actions. Mr. Israel's responses to the complaints in both actions are due on November 29, 2005. We are writing to request an extension of time for Mr. Israel to answer or otherwise respond to the complaints. This is our first request for an extension of time in the CFTC case, and our second request in the SEC case. Both the CFTC and the SEC consent to our request.

    Mr. Israel is currently negotiating a resolution to these actions with the CFTC and the SEC, and we are optimistic that we will resolve these matters in the next month. We

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

MORVILLO, ABRAMOWITZ, GRAND, IASON & SILBERBERG, P.C.

Honorable Colleen McMahon     -2-     November 21, 2005

therefore request that Mr. Israel's time to respond to the complaints in the above-referenced actions be extended one month, to December 30. 2005.

Thank you for your consideration in this matter.

Respectfully yours,

Lawrence S. Bader

cc:    Paul W. Kisslinger, Esq. (by facsimile)
        Christine Ryall, Esq. (By facsimile)