# MORVILLO, ABRAMOWITZ, GRAND, IASON & SILBERBERG, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. BACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR.

COUNSEL
CHRISTOPHER J. MORVILLO
GREGORY MORVILLO

*ALSO ADMITTED IN CALIFORNIA AND D C
**ALSO ADMITTED IN CONNECTICUT

MICHAEL C SILBERBERG
1940-2002

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.magislaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9440

DAVID C. AUSTIN
BARBARA L BALTER
CHRISTOPHER A. BOTSMAN*
KATHRYN JONES CALONE
BENJAMIN S. FISCHER
ADAM C. FORD
NOAM O. GENEL
RENÉE L JARUSINSKY
STEPHEN M. JURIS
THOMAS M. KEANE
ELLEN M. MURPHY
MICHAEL M PINE
JOHN RIZIO-HAMILTON
ASHLEY E. RUPP
ANDREW J SCHELL
KATHRYN SPOTA
JERROLD L. STEIGMAN
JAMES R STOVALL
RICHARD C TARLOWE
AMY M. TULLY
KRISTY WATSON
KEFIRA R. WILDERMAN

*ADMITTED ONLY IN ENGLAND,
WALES & AUSTRALIA

December 29, 2005

*[Handwritten: 1/3/06 This last and final extension is granted. McMahon]*

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street, Rm. 533
White Plains, New York 10601-4150

Re:   *Commodity Futures Trading Commission v. Samuel Israel III*, 05 Civ. 8374 (CM); *Securities and Exchange Commission v. Samuel Israel III*, 05 Civ. 8376 (CM)

Dear Judge McMahon:

We are attorneys for defendant Samuel Israel III in the above-referenced, related actions. Mr. Israel's responses to the complaints in both actions are due on December 30, 2005. We are writing to request an extension of time for Mr. Israel to answer or otherwise respond to the complaints. This is our second request for an extension of time in the CFTC case, and our third request in the SEC case. Both the CFTC and the SEC consent to our request.

Mr. Israel is continuing to negotiate a resolution to these actions with the CFTC and the SEC, and we remain optimistic that these matters will be resolved. Due to the complicated financial aspects of the cases, as well as the holidays, the settlement negotiations have taken longer than expected. We therefore request that Mr. Israel's time to respond to the

Copies mailed / handed / faxed to counsel __/_3_/06_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

DEC 29 2005 02:16 PM                                                           TO 19143904152***52 P.03

MORVILLO, ABRAMOWITZ, GRAND, IASON & SILBERBERG, P.C.

Honorable Colleen McMahon       -2-       December 29, 2005

complaints in the above-referenced actions be extended two months, to February 28, 2006.

Thank you for your consideration in this matter.

Respectfully yours,

Lawrence S. Bader

cc:    Paul W. Kisslinger, Esq. (by facsimile)
        Christine Ryall, Esq. (By facsimile)

** TOTAL PAGE.03 **