UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Commodity Futures Trading Commission, : <br> : <br>                         Plaintiff, : <br> : <br> v. : <br> : <br> Bayou Management LLC, Samuel Israel III : <br> Daniel E. Marino, and Richmond Fairfield : <br> Associates, Certified Public Accountants : <br> PLLC, : <br> : <br>                        Defendants. : <br> : | Case No. 05-cv-8374 (CM) <br><br><br><br> PLAINTIFF'S REQUEST FOR <br> ENTRY OF DEFAULT AGAINST <br> DEFENDANT DANIEL E. MARINO |

TO:   J. MICHAEL MCMAHON, CLERK
      UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
      300 QUARROPAS STREET
      WHITE PLAINS, NY 10601-4150

     Please enter default of defendant Daniel E. Marino, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of Christine M. Ryall.

Dated: February __17__, 2006                       Respectfully submitted,

                                                             /s/ Christine M. Ryall

| | |
|---|---|
| Joseph Rosenberg (JR 5225) <br> Local Counsel <br> Commodity Futures Trading Commission <br> 140 Broadway <br> New York, New York 10005 <br> (646) 746-9765 | Christine M. Ryall (CR 6041) <br> Eugene Smith (ES 2817) <br> Commodity Futures Trading Commission <br> Division Of Enforcement <br> 1155 21st Street, N.W. <br> Washington, D.C. 20581 <br> cryall@cftc.gov <br> (202) 418-5318 |

**Certificate of Service**

      I hereby certify that on February __17__, 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

| | |
|---|---|
| Lawrence S. Bader, Esq.<br>Morvillo, Abramowitz, Grand, Iason &<br>Silberberg, P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>*Attorney to Defendant Samuel Israel* | Bayou Management LLC<br>c/o Samuel Israel, Managing Member<br>c/o Lawrence S. Bader, Esq.<br>Morvillo, Abramowitz, Grand, Iason &<br>Silberberg, P.C.<br>565 Fifth Avenue<br>New York, NY 10017 |
| Andrew Bowman, Esq.<br>1804 Post Road East<br>Westport, CT 06880<br>*Attorney to Defendant Daniel E. Marino* | Richmond Fairfield Associates, Certified Public Accountants PLLC<br>c/o Daniel E. Marino, Managing Member<br>c/o Andrew Bowman, Esq.<br>1804 Post Road East<br>Westport, CT 06880 |

                                                        /s/ Christine M. Ryall
                                                Christine M. Ryall (CR 6041)
                                                Commodity Futures Trading Commission
                                                Division Of Enforcement
                                                Three Lafayette Center
                                                1155 21st Street, NW
                                                Washington, DC 20581
                                                (202) 418-5318