UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— :
                                                        :
Commodity Futures Trading Commission,                   :
                                                        :    Case No. 05-cv-8374 (CM)
                          Plaintiff,                    :
                                                        :
v.                                                      :
                                                        :
Bayou Management LLC, Samuel Israel III                 :    PLAINTIFF'S AFFIDAVIT IN
Daniel E. Marino, and Richmond Fairfield                :    SUPPORT OF REQUEST FOR
Associates, Certified Public Accountants                :    ENTRY OF DEFAULT AGAINST
PLLC,                                                   :    DEFENDANT DANIEL E. MARINO
                                                        :
                          Defendants.                   :
                                                        :
———————————————————

I, Christine M. Ryall, hereby make the following declaration based upon my personal

knowledge:

1.      I am attorney to the Plaintiff, Commodity Futures Trading Commission, in the

case captioned above.

2.      Plaintiff filed its Complaint in this matter on September 29, 2005.

3.      Pursuant to F.R.Civ.P. 4, a proper Summons directed to defendant Daniel E.

Marino ("Marino") was signed and sealed by the Clerk of Court.  The Summons and Complaint

were served on defendant Marino via his attorney Andrew Bowman, per agreement, on October

19, 2005.  The proof of service was filed with the Clerk of Court on October 26, 2005.

4.      The time within which defendant Marino may answer or otherwise move with

respect to the Complaint has expired; said defendant has not answered or otherwise moved with

respect to the Complaint, and the time for defendant to do so has not been extended.

5.      Defendant Marino is not an infant or incompetent.  Defendant Marino is not presently in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: February __17__, 2006
       Washington, DC

                            By:     __/s/ Christine M. Ryall___
                                    Christine M. Ryall


## Certificate of Service

I hereby certify that on February __17__, 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017
*Attorney to Defendant Samuel Israel*

Bayou Management LLC
c/o Samuel Israel, Managing Member
c/o Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017

Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880
*Attorney to Defendant Daniel E. Marino*

Richmond Fairfield Associates, Certified
Public Accountants PLLC
c/o Daniel E. Marino, Managing Member
c/o Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880

                            _____/s/ Christine M. Ryall_____
                            Christine M. Ryall (CR 6041)
                            Commodity Futures Trading Commission
                            Division Of Enforcement
                            Three Lafayette Center
                            1155 21st Street, NW
                            Washington, DC 20581
                            (202) 418-5318