UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>Plaintiff,<br><br>v.<br><br>Bayou Management LLC, Samuel Israel III Daniel E. Marino, and Richmond Fairfield Associates, Certified Public Accountants PLLC,<br><br>Defendants. | Case No. 05-cv-8374 (CM)<br><br>NOTATION OF DEFAULT OF DEFENDANT DANIEL E. MARINO |

  I, J. Michael McMahon, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that the defendant Daniel E. Marino has not filed an answer or otherwise moved with respect to the complaint herein.  The default of defendant Daniel E. Marino is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  February ____, 2006     J. MICHAEL MCMAHON
                   Clerk of the Court

                By: _____
                    Deputy Clerk

**Certificate of Service**

      I hereby certify that on February __17__, 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

| | |
|---|---|
| Lawrence S. Bader, Esq.<br>Morvillo, Abramowitz, Grand, Iason &<br>Silberberg, P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>*Attorney to Defendant Samuel Israel* | Bayou Management LLC<br>c/o Samuel Israel, Managing Member<br>c/o Lawrence S. Bader, Esq.<br>Morvillo, Abramowitz, Grand, Iason &<br>Silberberg, P.C.<br>565 Fifth Avenue<br>New York, NY 10017 |
| Andrew Bowman, Esq.<br>1804 Post Road East<br>Westport, CT 06880<br>*Attorney to Defendant Daniel E. Marino* | Richmond Fairfield Associates, Certified<br>Public Accountants PLLC<br>c/o Daniel E. Marino, Managing Member<br>c/o Andrew Bowman, Esq.<br>1804 Post Road East<br>Westport, CT 06880 |

                                                /s/ Christine M. Ryall
                                              Christine M. Ryall (CR 6041)
                                              Commodity Futures Trading Commission
                                              Division Of Enforcement
                                              Three Lafayette Center
                                              1155 21st Street, NW
                                              Washington, DC 20581
                                              (202) 418-5318