UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>      Plaintiff,<br><br>v.<br><br>Bayou Management LLC, Samuel Israel III<br>Daniel E. Marino, and Richmond Fairfield<br>Associates, Certified Public Accountants<br>PLLC,<br><br>      Defendants. | Case No. 05-cv-8374 (CM)<br><br>PLAINTIFF'S REQUEST FOR<br>ENTRY OF DEFAULT AGAINST<br>DEFENDANT RICHMOND<br>FAIRFIELD ASSOCIATES,<br>CERTIFIED PUBLIC<br>ACCOUNTANTS PLLC |

TO: J. MICHAEL MCMAHON, CLERK
   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
   300 QUARROPAS STREET
   WHITE PLAINS, NY 10601-4150

Please enter default of defendant Richmond Fairfield Associates, Certified Public Accountants PLLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of Christine M. Ryall.

Dated: February __17__, 2006      Respectfully submitted,

                  /s/ Christine M. Ryall

Joseph Rosenberg (JR 5225)    Christine M. Ryall (CR 6041)
Local Counsel          Eugene Smith (ES 2817)
Commodity Futures Trading Commission Commodity Futures Trading Commission
140 Broadway          Division Of Enforcement
New York, New York 10005     1155 21st Street, N.W.
(646) 746-9765         Washington, D.C. 20581
                  cryall@cftc.gov
                  (202) 418-5318

**Certificate of Service**

      I hereby certify that on February __17__, 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

Lawrence S. Bader, Esq.  
Morvillo, Abramowitz, Grand, Iason &  
Silberberg, P.C.  
565 Fifth Avenue  
New York, NY 10017  
*Attorney to Defendant Samuel Israel*

Bayou Management LLC  
c/o Samuel Israel, Managing Member  
c/o Lawrence S. Bader, Esq.  
Morvillo, Abramowitz, Grand, Iason &  
Silberberg, P.C.  
565 Fifth Avenue  
New York, NY 10017

Andrew Bowman, Esq.  
1804 Post Road East  
Westport, CT 06880  
*Attorney to Defendant Daniel E. Marino*

Richmond Fairfield Associates, Certified  
Public Accountants PLLC  
c/o Daniel E. Marino, Managing Member  
c/o Andrew Bowman, Esq.  
1804 Post Road East  
Westport, CT 06880

                                          /s/ Christine M. Ryall  
                                       Christine M. Ryall (CR 6041)  
                                       Commodity Futures Trading Commission  
                                       Division Of Enforcement  
                                       Three Lafayette Center  
                                       1155 21st Street, NW  
                                       Washington, DC 20581  
                                       (202) 418-5318