UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | : | |
| | : | Case No. 05-cv-8374 (CM) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Bayou Management LLC, Samuel Israel III | : | PLAINTIFF'S AFFIDAVIT IN |
| Daniel E. Marino, and Richmond Fairfield | : | SUPPORT OF REQUEST FOR |
| Associates, Certified Public Accountants | : | ENTRY OF DEFAULT AGAINST |
| PLLC, | : | DEFENDANT RICHMOND |
| | : | FAIRFIELD ASSOCIATES, |
| Defendants. | : | CERTIFIED PUBLIC |
| | : | ACCOUNTANTS PLLC |

I, Christine M. Ryall, hereby make the following declaration based upon my personal knowledge:

1.  I am attorney to the Plaintiff, Commodity Futures Trading Commission, in the case captioned above.

2.  Plaintiff filed its Complaint in this matter on September 29, 2005.

3.  Pursuant to F.R.Civ.P. 4, a proper Summons directed to defendant Richmond Fairfield Associates, Certified Public Accountants PLLC ("Richmond Fairfield") was signed and sealed by the Clerk of Court. The Summons and Complaint were served on defendant Richmond Fairfield via its managing member, Daniel E. Marino via his attorney Andrew Bowman, per agreement, on October 19, 2005. The proof of service was filed with the Clerk of Court on October 26, 2005.

2

4. The time within which defendant Richmond Fairfield may answer or otherwise move with respect to the Complaint has expired; said defendant has not answered or otherwise moved with respect to the Complaint, and the time for defendant to do so has not been extended.

5. Defendant Richmond Fairfield is not an infant or incompetent. Defendant Richmond Fairfield is not presently in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: February __17__, 2006
       Washington, DC

By:    ___/s/ Christine M. Ryall_____
       Christine M. Ryall

**Certificate of Service**

      I hereby certify that on February __17__, 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

| | |
|---|---|
| Lawrence S. Bader, Esq.<br>Morvillo, Abramowitz, Grand, Iason &<br>Silberberg, P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>*Attorney to Defendant Samuel Israel* | Bayou Management LLC<br>c/o Samuel Israel, Managing Member<br>c/o Lawrence S. Bader, Esq.<br>Morvillo, Abramowitz, Grand, Iason &<br>Silberberg, P.C.<br>565 Fifth Avenue<br>New York, NY 10017 |
| Andrew Bowman, Esq.<br>1804 Post Road East<br>Westport, CT 06880<br>*Attorney to Defendant Daniel E. Marino* | Richmond Fairfield Associates, Certified<br>Public Accountants PLLC<br>c/o Daniel E. Marino, Managing Member<br>c/o Andrew Bowman, Esq.<br>1804 Post Road East<br>Westport, CT 06880 |

                                                                                   /s/ Christine M. Ryall
                                                               Christine M. Ryall (CR 6041)
                                                               Commodity Futures Trading Commission
                                                               Division Of Enforcement
                                                               Three Lafayette Center
                                                               1155 21st Street, NW
                                                               Washington, DC 20581
                                                               (202) 418-5318