UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | : | |
| | : | Case No. 05-cv-8374 (CM) |
| Plaintiff, | : | |
| | : | |
| v. | : | NOTATION OF DEFAULT OF |
| | : | DEFENDANT RICHMOND |
| Bayou Management LLC, Samuel Israel III | : | FAIRFIELD ASSOCIATES, |
| Daniel E. Marino, and Richmond Fairfield | : | CERTIFIED PUBLIC |
| Associates, Certified Public Accountants | : | ACCOUNTANTS PLLC |
| PLLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

I, J. Michael McMahon, Clerk of Court of the United States District Court for the

Southern District of New York, do hereby certify that the defendant Richmond Fairfield

Associates, Certified Public Accountants PLLC has not filed an answer or otherwise moved with

respect to the complaint herein.  The default of defendant Richmond Fairfield Associates,

Certified Public Accountants PLLC is hereby noted pursuant to Rule 55(a) of the Federal Rules

of Civil Procedure.


Dated:  February ____, 2006                    J. MICHAEL MCMAHON
                                               Clerk of the Court


                                   By:  _____
                                        Deputy Clerk

## **Certificate of Service**

       I hereby certify that on February  17  , 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017
*Attorney to Defendant Samuel Israel*

Bayou Management LLC
c/o Samuel Israel, Managing Member
c/o Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017

Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880
*Attorney to Defendant Daniel E. Marino*

Richmond Fairfield Associates, Certified
Public Accountants PLLC
c/o Daniel E. Marino, Managing Member
c/o Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880

        /s/ Christine M. Ryall

        Christine M. Ryall (CR 6041)
        Commodity Futures Trading Commission
        Division Of Enforcement
        Three Lafayette Center
        1155 21st Street, NW
        Washington, DC 20581
        (202) 418-5318