**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2006, the Consent Order of Permanent Injunction and Other Ancillary Relief Against Defendants Samuel Israel and Bayou Management LLC was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017
*Attorney to Defendant Samuel Israel*

Bayou Management LLC
c/o Samuel Israel, Managing Member
c/o Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017

Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880
*Attorney to Defendant Daniel E. Marino*

Richmond Fairfield Associates, Certified
Public Accountants PLLC
c/o Daniel E. Marino, Managing Member
c/o Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880

/s/ Christine M. Ryall
Christine M. Ryall (CR 6041)
Commodity Futures Trading Commission
Division Of Enforcement
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
(202) 418-5318