```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

United States of America,

          Plaintiff(s),

    -against-

All Assets of Bayou Accredited Fund, LLC,
et al.,

          Defendant(s).

------------------------------------------------------X

05 Civ. 7722 (CM) (MDF)
and all related cases
05 Civ. 8374 (CM)(LMS)
05 Civ. 8376 (CM)(MDF)
05 Civ. 8532 (CM)(MDF)
06 Civ. 2379 (CM)(MDF)

CALENDAR NOTICE

Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ✓ Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Wednesday, April 19, 2006 at 10:00 a.m.** in Courtroom 110, U. S. District Court, 40 Foley Square, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: April 5, 2006
       White Plains, New York

                            So Ordered

                            *[signature]*

                            Colleen McMahon, U.S.D.J