UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BAYOU MANAGEMENT, LLC, SAMUEL ISRAEL, DANIEL E. MARINO, and RICHMOND FAIRFIELD ASSOCIATES, CERTIFIED PUBLIC ACCOUNTANTS PLLC, <br><br> Defendants. | Case No. 05-cv-8374 (CM) <br><br> **PLAINTIFF'S APPLICATION FOR ORDER OF DEFAULT JUDGMENT, PERMANENT INJUNCTION AND OTHER LEGAL AND EQUITABLE RELIEF AGAINST DEFENDANTS DANIEL E. MARINO AND RICHMOND FAIRFIELD ASSOCIATES, CERTIFIED PUBLIC ACCOUNTANTS PLLC** |

  Plaintiff, the Commodity Futures Trading Commission ("CFTC"), applies to this Court pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2(b), for entry of judgment by default against defendants Daniel E. Marino and Richmond Fairfield Associates, Certified Public Accountants PLLC. In support of this motion, the CFTC refers the Court to its Memorandum of Points and Authorities in Support of Plaintiff's Application for Default Judgment, Permanent Injunction and Other Legal and Equitable Relief Against Defendants Daniel E. Marino and Richmond Fairfield Associates, Certified Public Accountants PLLC. As required by Local Rule 55.2(b), attached hereto is (A) copies of the CFTC's Requests for Entry of Default and accompanying documents filed February 17, 2006, (B) a copy of the Complaint filed September 29, 2005, and (C) a proposed Partial Order of Default Judgment, Permanent Injunction and Other Legal and Equitable Relief. The CFTC is unable to attach the Clerk's certificates of default because the Clerk has not yet issued certificates of default pursuant to Fed.R.Civ.P. 55(a), despite the CFTC's filing of a proper request. The CFTC respectfully

requests that the Court enter the proposed Partial Order of Default Judgment, Permanent Injunction and Other Legal and Equitable Relief.

Dated: November 7, 2006                                 Respectfully submitted,

                                                      /s/ Christine M. Ryall

| | |
|---|---|
| Joseph Rosenberg (JR 5225) | Christine M. Ryall (CR 6041) |
| Local Counsel | Eugene Smith (ES 2817) |
| Commodity Futures Trading Commission | Commodity Futures Trading Commission |
| 140 Broadway | Division Of Enforcement |
| New York, New York 10005 | 1155 21st Street, N.W. |
| (646) 746-9765 | Washington, D.C. 20581 |
| | cryall@cftc.gov |
| | (202) 418-5318 |

## Certificate of Service

I hereby certify that on November 7, 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

| | |
|---|---|
| Lawrence S. Bader, Esq.<br>Morvillo, Abramowitz, Grand, Iason & Silberberg, P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>*Attorney to Defendant Samuel Israel* | Bayou Management LLC<br>c/o Samuel Israel, Managing Member<br>c/o Lawrence S. Bader, Esq.<br>Morvillo, Abramowitz, Grand, Iason & Silberberg, P.C.<br>565 Fifth Avenue<br>New York, NY 10017 |
| Andrew Bowman, Esq.<br>1804 Post Road East<br>Westport, CT 06880<br>*Attorney to Defendant Daniel E. Marino* | Richmond Fairfield Associates, Certified Public Accountants PLLC<br>c/o Daniel E. Marino, Managing Member<br>c/o Andrew Bowman, Esq.<br>1804 Post Road East<br>Westport, CT 06880 |

                                                      /s/ Christine M. Ryall
                                                    Christine M. Ryall (CR 6041)
                                                    CFTC, Division Of Enforcement
                                                    Three Lafayette Center
                                                    1155 21st Street, NW
                                                    Washington, DC 20581
                                                    (202) 418-5318