UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | : | |
| | : | Case No. 05-cv-8374 (CM) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Bayou Management LLC, Samuel Israel III | : | PLAINTIFF'S REQUEST FOR |
| Daniel E. Marino, and Richmond Fairfield | : | ENTRY OF DEFAULT AGAINST |
| Associates, Certified Public Accountants | : | DEFENDANT DANIEL E. MARINO |
| PLLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

TO:   J. MICHAEL MCMAHON, CLERK
      UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
      300 QUARROPAS STREET
      WHITE PLAINS, NY 10601-4150

Please enter default of defendant Daniel E. Marino, pursuant to Rule 55(a) of the Federal

Rules of Civil Procedure, for failure to plead or otherwise defend the above-captioned action as

fully appears from the court file herein and from the attached affidavit of Christine M. Ryall.

Dated: February  17  , 2006               Respectfully submitted,

                                          /s/ Christine M. Ryall
Joseph Rosenberg (JR 5225)                Christine M. Ryall (CR 6041)
Local Counsel                             Eugene Smith (ES 2817)
Commodity Futures Trading Commission      Commodity Futures Trading Commission
140 Broadway                              Division Of Enforcement
New York, New York  10005                 1155 21st Street, N.W.
(646) 746-9765                            Washington, D.C. 20581
                                          cryall@cftc.gov
                                          (202) 418-5318

**Certificate of Service**

I hereby certify that on February 17, 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017
*Attorney to Defendant Samuel Israel*

Bayou Management LLC
c/o Samuel Israel, Managing Member
c/o Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017

Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880
*Attorney to Defendant Daniel E. Marino*

Richmond Fairfield Associates, Certified
Public Accountants PLLC
c/o Daniel E. Marino, Managing Member
c/o Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880

/s/ Christine M. Ryall
Christine M. Ryall (CR 6041)
Commodity Futures Trading Commission
Division Of Enforcement
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
(202) 418-5318

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | : | |
| | : | Case No. 05-cv-8374 (CM) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Bayou Management LLC, Samuel Israel III | : | PLAINTIFF'S AFFIDAVIT IN |
| Daniel E. Marino, and Richmond Fairfield | : | SUPPORT OF REQUEST FOR |
| Associates, Certified Public Accountants | : | ENTRY OF DEFAULT AGAINST |
| PLLC, | : | DEFENDANT DANIEL E. MARINO |
| | : | |
| Defendants. | : | |
| | : | |

I, Christine M. Ryall, hereby make the following declaration based upon my personal knowledge:

1.      I am attorney to the Plaintiff, Commodity Futures Trading Commission, in the case captioned above.

2.      Plaintiff filed its Complaint in this matter on September 29, 2005.

3.      Pursuant to F.R.Civ.P. 4, a proper Summons directed to defendant Daniel E. Marino ("Marino") was signed and sealed by the Clerk of Court. The Summons and Complaint were served on defendant Marino via his attorney Andrew Bowman, per agreement, on October 19, 2005. The proof of service was filed with the Clerk of Court on October 26, 2005.

4.      The time within which defendant Marino may answer or otherwise move with respect to the Complaint has expired; said defendant has not answered or otherwise moved with respect to the Complaint, and the time for defendant to do so has not been extended.

5.    Defendant Marino is not an infant or incompetent.  Defendant Marino is not

presently in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my

knowledge, information and belief.


Dated: February __17__, 2006
       Washington, DC


                              By:      __/s/ Christine M. Ryall___
                                       Christine M. Ryall


### Certificate of Service

I hereby certify that on February __17__, 2006, the foregoing document was filed with the
Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or
the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic
Service upon the following parties and participants:

| | |
|---|---|
| Lawrence S. Bader, Esq.<br>Morvillo, Abramowitz, Grand, Iason &<br>Silberberg, P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>*Attorney to Defendant Samuel Israel* | Bayou Management LLC<br>c/o Samuel Israel, Managing Member<br>c/o Lawrence S. Bader, Esq.<br>Morvillo, Abramowitz, Grand, Iason &<br>Silberberg, P.C.<br>565 Fifth Avenue<br>New York, NY 10017 |
| Andrew Bowman, Esq.<br>1804 Post Road East<br>Westport, CT 06880<br>*Attorney to Defendant Daniel E. Marino* | Richmond Fairfield Associates, Certified<br>Public Accountants PLLC<br>c/o Daniel E. Marino, Managing Member<br>c/o Andrew Bowman, Esq.<br>1804 Post Road East<br>Westport, CT 06880 |

                                       ___/s/ Christine M. Ryall_____
                                       Christine M. Ryall (CR 6041)
                                       Commodity Futures Trading Commission
                                       Division Of Enforcement
                                       Three Lafayette Center
                                       1155 21st Street, NW
                                       Washington, DC 20581
                                       (202) 418-5318

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| Commodity Futures Trading Commission, | : | |
| | : | Case No. 05-cv-8374 (CM) |
| Plaintiff, | : | |
| | : | |
| v. | : | NOTATION OF DEFAULT OF |
| | : | DEFENDANT DANIEL E. MARINO |
| Bayou Management LLC, Samuel Israel III | : | |
| Daniel E. Marino, and Richmond Fairfield | : | |
| Associates, Certified Public Accountants | : | |
| PLLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

I, J. Michael McMahon, Clerk of Court of the United States District Court for the

Southern District of New York, do hereby certify that the defendant Daniel E. Marino has not

filed an answer or otherwise moved with respect to the complaint herein.  The default of

defendant Daniel E. Marino is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil

Procedure.

Dated:  February _____, 2006          J. MICHAEL MCMAHON
                                       Clerk of the Court


                              By:    _____
                                       Deputy Clerk

## Certificate of Service

I hereby certify that on February __17__, 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017
*Attorney to Defendant Samuel Israel*

Bayou Management LLC
c/o Samuel Israel, Managing Member
c/o Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017

Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880
*Attorney to Defendant Daniel E. Marino*

Richmond Fairfield Associates, Certified
Public Accountants PLLC
c/o Daniel E. Marino, Managing Member
c/o Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880

/s/ Christine M. Ryall
Christine M. Ryall (CR 6041)
Commodity Futures Trading Commission
Division Of Enforcement
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
(202) 418-5318

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————      :
                                                         :
Commodity Futures Trading Commission,      :
                                                         :      Case No. 05-cv-8374 (CM)
                              Plaintiff,      :
                                                         :
                                                         :
v.                                                      :      PLAINTIFF'S REQUEST FOR
                                                         :      ENTRY OF DEFAULT AGAINST
Bayou Management LLC, Samuel Israel III      :      DEFENDANT RICHMOND
Daniel E. Marino, and Richmond Fairfield      :      FAIRFIELD ASSOCIATES,
Associates, Certified Public Accountants      :      CERTIFIED PUBLIC
PLLC,                                              :      ACCOUNTANTS PLLC
                                                         :
                              Defendants.      :
                                                         :
———————————————————      :

TO:    J. MICHAEL MCMAHON, CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
         300 QUARROPAS STREET
         WHITE PLAINS, NY 10601-4150

    Please enter default of defendant Richmond Fairfield Associates, Certified Public

Accountants PLLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to

plead or otherwise defend the above-captioned action as fully appears from the court file herein

and from the attached affidavit of Christine M. Ryall.

Dated: February   17   , 2006            Respectfully submitted,

                                                         /s/ Christine M. Ryall
                                                         ———————————————————
Joseph Rosenberg (JR 5225)            Christine M. Ryall (CR 6041)
Local Counsel                                Eugene Smith (ES 2817)
Commodity Futures Trading Commission    Commodity Futures Trading Commission
140 Broadway                               Division Of Enforcement
New York, New York  10005            1155 21st Street, N.W.
(646) 746-9765                             Washington, D.C. 20581
                                                         cryall@cftc.gov
                                                         (202) 418-5318

## **Certificate of Service**

I hereby certify that on February __17__, 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017
*Attorney to Defendant Samuel Israel*

Bayou Management LLC
c/o Samuel Israel, Managing Member
c/o Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017

Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880
*Attorney to Defendant Daniel E. Marino*

Richmond Fairfield Associates, Certified
Public Accountants PLLC
c/o Daniel E. Marino, Managing Member
c/o Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880

/s/ Christine M. Ryall
Christine M. Ryall (CR 6041)
Commodity Futures Trading Commission
Division Of Enforcement
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
(202) 418-5318

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Commodity Futures Trading Commission, | : | |
| | : | Case No. 05-cv-8374 (CM) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Bayou Management LLC, Samuel Israel III | : | PLAINTIFF'S AFFIDAVIT IN |
| Daniel E. Marino, and Richmond Fairfield | : | SUPPORT OF REQUEST FOR |
| Associates, Certified Public Accountants | : | ENTRY OF DEFAULT AGAINST |
| PLLC, | : | DEFENDANT RICHMOND |
| | : | FAIRFIELD ASSOCIATES, |
| Defendants. | : | CERTIFIED PUBLIC |
| | : | ACCOUNTANTS PLLC |

I, Christine M. Ryall, hereby make the following declaration based upon my personal knowledge:

1.      I am attorney to the Plaintiff, Commodity Futures Trading Commission, in the case captioned above.

2.      Plaintiff filed its Complaint in this matter on September 29, 2005.

3.      Pursuant to F.R.Civ.P. 4, a proper Summons directed to defendant Richmond Fairfield Associates, Certified Public Accountants PLLC ("Richmond Fairfield") was signed and sealed by the Clerk of Court.  The Summons and Complaint were served on defendant Richmond Fairfield via its managing member, Daniel E. Marino via his attorney Andrew Bowman, per agreement, on October 19, 2005.  The proof of service was filed with the Clerk of Court on October 26, 2005.

4.      The time within which defendant Richmond Fairfield may answer or otherwise move with respect to the Complaint has expired; said defendant has not answered or otherwise moved with respect to the Complaint, and the time for defendant to do so has not been extended.

5.      Defendant Richmond Fairfield is not an infant or incompetent.  Defendant Richmond Fairfield is not presently in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: February  17  , 2006
       Washington, DC

By:      /s/ Christine M. Ryall_____
         Christine M. Ryall

2

## Certificate of Service

I hereby certify that on February __17__, 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017
*Attorney to Defendant Samuel Israel*

Bayou Management LLC
c/o Samuel Israel, Managing Member
c/o Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017

Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880
*Attorney to Defendant Daniel E. Marino*

Richmond Fairfield Associates, Certified
Public Accountants PLLC
c/o Daniel E. Marino, Managing Member
c/o Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880

/s/ Christine M. Ryall
Christine M. Ryall (CR 6041)
Commodity Futures Trading Commission
Division Of Enforcement
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
(202) 418-5318

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| Commodity Futures Trading Commission, | : | |
| | : | Case No. 05-cv-8374 (CM) |
| Plaintiff, | : | |
| | : | |
| v. | : | NOTATION OF DEFAULT OF |
| | : | DEFENDANT RICHMOND |
| Bayou Management LLC, Samuel Israel III | : | FAIRFIELD ASSOCIATES, |
| Daniel E. Marino, and Richmond Fairfield | : | CERTIFIED PUBLIC |
| Associates, Certified Public Accountants | : | ACCOUNTANTS PLLC |
| PLLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

I, J. Michael McMahon, Clerk of Court of the United States District Court for the

Southern District of New York, do hereby certify that the defendant Richmond Fairfield

Associates, Certified Public Accountants PLLC has not filed an answer or otherwise moved with

respect to the complaint herein.  The default of defendant Richmond Fairfield Associates,

Certified Public Accountants PLLC is hereby noted pursuant to Rule 55(a) of the Federal Rules

of Civil Procedure.

Dated:  February _____, 2006           J. MICHAEL MCMAHON
                                       Clerk of the Court


                             By:    _____
                                    Deputy Clerk

### Certificate of Service

I hereby certify that on February __17__, 2006, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason & Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017
*Attorney to Defendant Samuel Israel*

Bayou Management LLC
c/o Samuel Israel, Managing Member
c/o Lawrence S. Bader, Esq.
Morvillo, Abramowitz, Grand, Iason & Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017

Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880
*Attorney to Defendant Daniel E. Marino*

Richmond Fairfield Associates, Certified Public Accountants PLLC
c/o Daniel E. Marino, Managing Member
c/o Andrew Bowman, Esq.
1804 Post Road East
Westport, CT 06880

/s/ Christine M. Ryall
Christine M. Ryall (CR 6041)
Commodity Futures Trading Commission
Division Of Enforcement
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
(202) 418-5318