UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>BAYOU MANAGEMENT, LLC, SAMUEL ISRAEL, DANIEL E. MARINO, and RICHMOND FAIRFIELD ASSOCIATES, CERTIFIED PUBLIC ACCOUNTANTS PLLC,<br><br>     Defendants. | : : : : : : : : : : : : : : : | Case No. 05-cv-8374 (CM)<br><br>**PLAINTIFF'S AMENDED APPLICATION FOR ORDER OF DEFAULT JUDGMENT, PERMANENT INJUNCTION AND OTHER LEGAL AND EQUITABLE RELIEF AGAINST DEFENDANTS DANIEL E. MARINO AND RICHMOND FAIRFIELD ASSOCIATES, CERTIFIED PUBLIC ACCOUNTANTS PLLC** |

  Plaintiff, the Commodity Futures Trading Commission ("CFTC"), applies to this Court pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2(b), and seeks entry of judgment by default against defendants Daniel E. Marino and Richmond Fairfield Associates, Certified Public Accountants PLLC. In support of this motion, the CFTC refers the Court to the Memorandum of Points and Authorities in Support of Plaintiff's Application for Entry of Judgment By Default, Permanent Injunction and Other Legal and Equitable Relief Against Defendants Daniel E. Marino and Richmond Fairfield Associates, Certified Public Accountants PLLC. As required by Local Rule 55.2(b), attached hereto is (A) a copy of the Clerk's Certificate of Default against the defendants, entered October 2, 2007, (B) the Complaint filed September 29, 2005, and (C) a proposed Order of Default Judgment, Permanent Injunction, Civil Monetary Penalty and Ancillary Equitable Relief. Filed contemporaneously herewith is a Certificate of Service of this Motion, with accompanying documents, and required Notice. The

CFTC respectfully requests that the Court enter the proposed Order of Default Judgment, Permanent Injunction and Other Legal and Equitable Relief.

Dated:  March 4, 2008                                    Respectfully submitted,

                                                      /s/ Christine M. Ryall

| | |
|---|---|
| Joseph Rosenberg (JR 5225) | Christine M. Ryall (CR 6041) |
| Local Counsel | Eugene Smith (ES 2817) |
| Commodity Futures Trading Commission | Commodity Futures Trading Commission |
| 140 Broadway | Division Of Enforcement |
| New York, New York  10005 | 1155 21st Street, N.W. |
| (646) 746-9765 | Washington, D.C. 20581 |
| | cryall@cftc.gov |
| | (202) 418-5318 |

### Certificate of Service

      I hereby certify that on March 4, 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

| | |
|---|---|
| Lawrence S. Bader, Esq. | Bayou Management LLC |
| Morvillo, Abramowitz, Grand, Iason & Silberberg, P.C. | c/o Samuel Israel, Managing Member |
| 565 Fifth Avenue | c/o Lawrence S. Bader, Esq. |
| New York, NY 10017 | Morvillo, Abramowitz, Grand, Iason & Silberberg, P.C. |
| *Attorney to Defendant Samuel Israel* | 565 Fifth Avenue |
| | New York, NY 10017 |
| | |
| Andrew Bowman, Esq. | Richmond Fairfield Associates, Certified Public Accountants PLLC |
| 1804 Post Road East | c/o Daniel E. Marino, Managing Member |
| Westport, CT 06880 | c/o Andrew Bowman, Esq. |
| *Attorney to Defendant Daniel E. Marino* | 1804 Post Road East |
| | Westport, CT 06880 |

                                                      /s/ Christine M. Ryall
                                                   Christine M. Ryall (CR 6041)
                                                   Commodity Futures Trading Commission
                                                   Division Of Enforcement
                                                   1155 21st Street, NW
                                                   Washington, DC 20581
                                                   (202) 418-5318