UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
Commodity Futures Trading Commission,

                      Plaintiff,                  05-Civ-8374 (CM)

    - against -                                **RETURN ON SERVICE**

Bayou Management LLC, *et al*,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    Service of the following documents:

- Plaintiff's Amended Application for Judgment by Default against defendants Daniel Marino and Richmond Fairfield Associates, Certified Public Accountants, with Clerk's Certificate of Default and Complaint;
- Amended Memorandum of Points and Authorities in Support of Plaintiff's Amended Application for Entry of Judgment By Default, Permanent Injunction and Other Legal and Equitable Relief Against Defendants Daniel E. Marino, And Richmond Fairfield Associates, Certified Public Accountants PLLC
- Notice To Defendants Daniel E. Marino And Richmond Fairfield Associates, Certified Public Accountants PLLC; and
- [Proposed] Order Of Default Judgment, Permanent Injunction And Other Legal And Equitable Relief Against Defendants Daniel E. Marino And Richmond Fairfield Associates, Certified Public Accountants PLLC.

was made by me, Eliud Ramirez, Futures Trading Investigator,
on March 3, 2008, by:

☒ Served personally upon the defendant(s). Place where served:

| Daniel E. Marino<br>MDC BROOKLYN<br>METROPOLITAN DETENTION CENTER<br>80 29TH STREET<br>BROOKLYN, NY 11232 | Richmond Fairfield Associates, Certified Public Accountants PLLC<br>C/O Daniel E. Marino, Managing Member<br>MDC BROOKLYN<br>METROPOLITAN DETENTION CENTER<br>80 29TH STREET<br>BROOKLYN, NY 11232 |
|---|---|

☐ Leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom documents were left:

☐ Other (specify): Leaving copies thereof at the federal detention facility housing defendant Daniel Marino, with a person of suitable age and discretion. Name of person with whom documents were left:

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return on Service is true and correct.

Executed on  MARCH 3, 2008                    _____
            (date)                                    (signature)

U.S. CFTC
140 Broadway, Floor 19
New York, New York 10005

_____
(server's address)