UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | Case No. 05-cv-8374 (CM) |
| Plaintiff, | |
| v. | **NOTICE TO DEFENDANTS DANIEL E. MARINO AND RICHMOND FAIRFIELD ASSOCIATES, CERTIFIED PUBLIC ACCOUNTANTS PLLC** |
| BAYOU MANAGEMENT, LLC, SAMUEL ISRAEL, DANIEL E. MARINO, and RICHMOND FAIRFIELD ASSOCIATES, CERTIFIED PUBLIC ACCOUNTANTS PLLC, | |
| Defendants. | |

THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT AGAINST YOU.  IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT ON OR BEFORE MARCH 28, 2008, THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU.  IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY.  IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE.  IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU.  ENTER OF A JUDMGENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

## **Certificate of Service**

      I hereby certify that on March 4, 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

| | |
|---|---|
| Andrew Bowman, Esq.<br>1804 Post Road East<br>Westport, CT 06880<br>*Attorney to Defendant Daniel E. Marino* | Richmond Fairfield Associates, Certified<br>Public Accountants PLLC<br>c/o Daniel E. Marino, Managing Member<br>c/o Andrew Bowman, Esq.<br>1804 Post Road East<br>Westport, CT 06880 |

                                                 /s/ Christine M. Ryall
                                       Christine M. Ryall (CR 6041)
                                       Commodity Futures Trading Commission
                                       Division Of Enforcement
                                       Three Lafayette Center
                                       1155 21st Street, NW
                                       Washington, DC 20581
                                       (202) 418-5318